IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY PAXTON LEE, AND BENJAMIN LEE, ) ) ) PLAINTIFF, ) ) V. ) ) CORPORATE COLLECTION ) SERVICES, INC. ) ) DEFENDANT. ) ) | CASE NO: CV07-387 |

## JOINT MOTION TO DISMISS

COME NOW the plaintiffs, Mary Paxton Lee and Benjamin Lee, by and through counsel, and the defendant, Corporate Collection Services, Inc., by and through counsel, and jointly request this Honorable Court to dismiss this cause of action, with prejudice, costs taxed as paid, and in support of this motion show as follows:

1. The parties have reached a separate confidential resolution to all claims asserted or assertable between them.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request this Honorable Court to dismiss this case, with prejudice, costs taxed as paid.

_____
John G. Watts,
Attorney for Plaintiff
WATTS LAW GROUP, PC
15 Office Park Circle, Suite 206
Birmingham, Alabama 35253

_____
Neal D. Moore, III,
Attorney for Defendant
FERGUSON, FROST & DODSON
2500 Acton Road, Suite 200
Birmingham, Alabama 35243